Feezor v. W2005/Fargo Hotels (Pool B) Realty, L.P.                                                                    Doc. 7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LARY FEEZOR,

       Plaintiff,

  v.

H.I. MANAGEMENT OF RANCHO CORDOVA, et al.,

       Defendant.
_____/

CASE NO. CIV-06-01638 WBS DAD

LARY FEEZOR,

       Plaintiff,

  v.

W2005/FARGO HOTELS (POOL B) REALTY, L.P., et al.

       Defendants.
_____/

CASE NO. CIV-07-00074 FCD EFB

ORDER

       The court has received the Notice and Motion to Relate Cases concerning the above-captioned cases. After review, the court has determined that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so. This order is issued for informational purposes only, and shall

1 | have no effect on the status of the cases, including any previous
2 | Related (or Non-Related) Case Order of this court.
3 |     IT IS SO ORDERED.
4 | DATED: January 12, 2007

                             *[signature]*
                             WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE